# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| IMARE' FRANKLIN, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:17-cv-107 |
| | * | |
| v. | * | |
| | * | |
| WARDEN WALTER BERRY, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 9, to which Petitioner Imare' Franklin ("Franklin") failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Franklin's 28 U.S.C. § 2254 Petition and **DENIES** Franklin *in forma pauperis* status on appeal and a Certificate of Appealability. The Court **DIRECTS** the Clerk of

Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

**SO ORDERED**, this \_\_\_11\_\_\_ day of \_\_\_May\_\_\_, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA